CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 24-00297 BLF |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| ARMANDO SANDOVAL-DELFIN, | Sentencing Date: January 21, 2025<br>Time: 9:00 a.m. |
| Defendant. | |

## I. INTRODUCTION

San Jose Police Department ("SJPD") Officers were on patrol and observed an occupied and parked vehicle with an expired registration. An enforcement stop was conducted and the driver, Armando Sandoval-Delfin, immediately exited the vehicle. Officers recognized Sandoval-Delfin and knew him to be on post-release community supervision ("PRCS"). Sandoval-Delfin was detained and a search of his person pursuant to his PRCS revealed he was in possession of a small amount of methamphetamine. A search of the vehicle revealed a loaded .380 handgun, two bags of miscellaneous ammunition and drug paraphernalia. Sandoval-Delfin waived *Miranda* and admitted to possessing the gun and ammunition. Prior to possessing these items, Sandoval-Delfin had an extensive criminal

history. See PSR at ¶¶ 26-46. Sandoval-Delfin has 42 criminal history points and a criminal history category of VI. PSR at ¶ 49.

Sandoval-Delfin also performed extremely poorly whole on pretrial release. Sandoval-Delfin was granted pretrial release to the New Bridge Foundation on July 29, 2024. However, shortly after entering the program, Sandoval-Delfin began violating program rules including possessing two cell phones and using suboxone. His bond was subsequently revoked, and he was remanded to custody on August 15, 2024.

Based on his conduct in this case, Sandoval-Delfin total offense level after acceptance is 21. PSR at ¶ 24. With a criminal history score of VI, Sandoval-Delfin's Guidelines range is 77-96 months. In the PSR, Probation recommends a downward variance to 68 months of imprisonment. In his sentencing memorandum, Sandoval-Delfin recommends a sentence of 48 months imprisonment. In the plea agreement, the government agreed to recommend a sentence of 60 months. Accordingly, the government recommends a sentence of 60 months imprisonment followed by a three-year period of supervised release on the terms recommended by Probation.

## II.     FACTS

On December 20, 2023, at approximately 3:45 p.m., SJPD Officers were patrolling the area of Commercial Street and Commercial Court in San Jose, California, within the Northern District of California. Officers observed a vehicle, Black Mazda 3 with an expired registration, a violation of California Vehicle Code ("CVC") 4000(a). SJPD Officers activated their forward-facing red lights and sirens to conduct an enforcement stop for the CVC violations. The driver, identified as Sandoval-Delfin, immediately got out of the car. Sandoval-Delfin was known to one of the SJPD Officers, and the officer ran a records check to confirm Sandoval-Delfin was on active searchable post-release community supervision for narcotics sales.

SJPD officers conducted a search of Sandoval-Delfin and located small amount of suspected methamphetamine on his person. Officers began searching the vehicle and located a loaded gold .380 automatic handgun. In the same location as the firearm, SJPD officers located two bags containing approximately multiple rounds of miscellaneous ammunition. The ammunition included ammunition bearing headstamps imprinted with "Hornady 9mm Luger" (quantity: 10 rounds), "WIN 9mm Luger"

(quantity: 26 rounds), "FC 9mm Luger" (quantity: 16 rounds), "FC 380 AUTO" (quantity: 15 rounds), "CCI NR 9mm Luger" (quantity: 18 rounds), "SIG 9mm Luger" (quantity: 1 round), "ICC 9mm NTF" (quantity: 1 round), "GFL 380 AUTO" (quantity: 4 rounds), "X-TREME 9mm Luger" (quantity: 2 rounds), and "Aguila 380 AUTO" (quantity: 1 round).

Sandoval-Delfin gave a statement after being read and acknowledging and waving his *Miranda* rights. Sandoval-Delfin stated that the ammunition in the vehicle was his and he knew he was not allowed to possess ammunition. Sandoval-Delfin stated the firearm in the vehicle was his, he had found it in a bush at a park, and he had it in his possession for two to three days. Sandoval-Delfin stated that he had not fired it and was not sure if it worked, but he knew he was not allowed to have the firearm.

On May 30, 2024, the Grand Jury returned a one count indictment charging Sandoval-Delfin with a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of ammunition. PSR at ¶ 2. On May 27, 2025, Sandoval-Delfin pled guilty to the Indictment. See PSR at ¶ 3.

### III. DISCUSSION

#### A. Sentencing Guidelines

The government's Guidelines calculations are as follows:

| | |
|---|---|
| Base Offense Level, U.S.S.G. § 2K2.1(a)(2) (two felony convictions for controlled substances offenses) | 24 |
| Acceptance of Responsibility, § 3E1.1 | -3 |
| Total Offense Level | 21 |
| Criminal History Category (42 points) | VI |
| Total Range (in months) | 77-96 |

#### B. The Government Recommends a Sentence of 60 Months

The government respectfully requests that the Court impose the 60-month sentence that the government agreed to recommend in the plea agreement.

The circumstances of the instant offense, as well as Sandoval-Delfin's history and characteristics are aggravating. In this case, Sandoval-Delfin possessed a loaded .380 handgun and numerous rounds of ammunition. Sandoval-Delfin also has an extensive criminal history – including prior convictions for possessing weapons. His criminal history includes convictions for: Carry Concealed Weapon in Vehicle, Use/Under Influence of Controlled Substance, Drive While License is Suspended, Battery:

Spouse/Etc., Take Vehicle Without Owner's Consent, Carry Concealed Dirk or Dagger, Possess Controlled Substance, Possess Burglary Tools, Possession of Firearm, Vehicle Theft with Specific Priors, Prohibited Own Etc. Ammo Etc., Possess Purchase Controlled Substance, Manufacture/Sale Leaded Cane/Billy/Etc., Possess Controlled Substance for Sale, Unlawful Possess Tear Gas, Flee Peace Officer Driving with Disregard, Attempted Burglary, and Evade Peace Officer.  Moreover, as stated above, at the time Sandoval-Delfin committed the instant offense, he was on PRCS stemming from one of his more recent convictions.  Sandoval-Delfin's 42 criminal history points are more than government counsel has ever seen for a single defendant.  Clearly, the sentences that Sandoval-Delfin has served before have not done anything to deter him from continuing to commit crimes.  The longest custodial sentence received by Mr. Sandoval-Delfin is four years prison with one year suspended, in 2014.  The 60-month sentence recommended by the government is a step up from that previous sentence and will hopefully have the deterrent effect that the previous sentences have not.

At the same time, the government recognizes Sandoval-Delfin difficult childhood substance abuse history.  Accordingly, and consistent with the plea agreement, the government recommends 60 months imprisonment followed by a three-year period of supervised release on the terms recommended by Probation.

## IV. CONCLUSION

As stated, the government recommends a sentence of 60 months imprisonment followed by a three-year period of supervised release on the terms recommended by Probation.  In the plea agreement, Sandoval-Delfin agrees to forfeit the following items:  Numerous rounds of miscellaneous ammunition including ammunition bearing headstamps imprinted with "Hornady 9mm Luger" (quantity: 10 rounds), "WIN 9mm Luger" (quantity: 26 rounds), "FC 9mm Luger" (quantity: 16 rounds), "FC 380 AUTO" (quantity: 15 rounds), "CCI NR 9mm Luger" (quantity: 18 rounds), "SIG 9mm Luger" (quantity: 1 round), "ICC 9mm NTF" (quantity: 1 round), "GFL 380 AUTO" (quantity: 4 rounds), "X-TREME 9mm

///
///
///
///

Luger" (quantity: 2 rounds), and "Aguila 380 AUTO" (quantity: 1 round); and a gold .380 semi-automatic handgun, bearing serial number DA20115.  Plea Agreement at ¶ 11.

DATED: February 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeffrey A. Backhus*
JEFFREY A. BACKHUS
Assistant United States Attorney